```
                                              FILED
                                              May 19, 2006
         UNITED STATES DISTRICT COURT FOR THE
                                              CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
           EASTERN DISTRICT OF CALIFORNIA     CALIFORNIA
                                              _____
                                                DEPUTY CLERK
```

UNITED STATES OF AMERICA,       )
                                )   Case No. CR.S-06-0145-MCE
            Plaintiff,          )
v.                              )   ORDER FOR RELEASE OF
                                )   PERSON IN CUSTODY
CHARLES LOUIS RUSSELL,          )
                                )
            Defendant.          )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __CHARLES LOUIS RUSSELL__ , Case No. __CR.S-06-0145-MCE__ , Charge __18USC § 287 AND 2__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)    __Pretrial Conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __May 19, 2006__ at __2:00 pm__ .

By   /s/ Gregory G. Hollows
     Gregory G. Hollows
     United States Magistrate Judge

Copy 5 - Court